**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Betty Betula Gonzalez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:04-CR-05278 OWW |
| Plaintiff, | **ORDER TO RECONVEY PROPERTY** |
| vs. | DATE: July 10, 2007 |
| Betty Betula Gonzalez | |
| Defendant. | Hon. Oliver W. Wanger |

    Defendant, by and through her undersigned counsel, Johnny L. Griffin, III, hereby move the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release, back to Maria Gonzales and Manual Deras.  As of April 10, 2006, all charges against Defendant have been terminated.  Accordingly, the property should be transferred back to Maria Gonzales and Manual Deras.

//

//

PDF created with pdfFactory trial version www.pdffactory.com

The property information is as follows: (1) Address: 1921 Yellow Pine Avenue Modesto, California 95135. (2) Receipt number: 200569 (3) Deed number: 2004-0180998-00.

Respectfully submitted,

Dated: July 10, 2007         /s/ Johnny L. Griffin, III
                             JOHNNY L. GRIFFIN, III
                             Attorney for Defendant
                             Betty Betula Gonzalez

**IT IS SO ORDERED.**

Dated: _7/12/2007_____     _/s/ Oliver W. Wanger_____
                             HON. OLIVER W. WANGER
                             United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com